UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Charles Jones individually and on behalf of all others similarly situated,<br><br>                      Plaintiffs,<br><br>               v.<br><br>Welch Foods Inc., A Cooperative and Promotion in Motion, Inc.,<br><br>                      Defendants. | Civil Action No. 1:19-cv-01532-LDH-VMS<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT WELCH FOODS INC., A COOPERATIVE** |

Pursuant to Rule 7.1 of the Federal Rule of Civil Procedure, Defendant Welch Foods Inc., A Cooperative ("Welch's") hereby states that its parent corporation is National Grape Co-Operative Association, Inc., a New York corporation.  Further, there are no publicly held corporations that own 10% or more of Welch's or its parent corporation National Grape Co-Operative Association, Inc.'s stock.

Dated:  New York, New York
         July 30, 2019

**VENABLE LLP**

By:  /s/ *Elise M. Gabriel*
Elise M. Gabriel
1270 Avenue of the Americas, 24th Floor
New York, NY  10020
Phone:       (212) 370-6291
Facsimile:   (212) 307-5598
emgabriel@venable.com

Daniel S. Silverman (*pro hac vice* application pending)
Matthew W. Gurvitz (*pro hac vice* application pending)
2049 Century Park East, Suite 2300
Los Angeles, California  90067
Telephone:   (310) 229-9900
Facsimile:    (310) 229-9901
dsilverman@venable.com
mgurvitz@venable.com

*Attorneys for Defendants Welch Foods Inc., A Cooperative and The Promotion In Motion Companies, Inc. (erroneously sued as Promotion In Motion, Inc.)*

1